**Linda Sue WILMESHER, Petitioner/Appellant,**

v.

**Robert JETT, Respondent/Respondent.**

No. 62026.

Missouri Court of Appeals,
Eastern District,
Division One.

March 9, 1993.

David L. Baylard, Briegel, Baylard, Patane and Arand, P.C., Union, for petitioner/appellant.

Steven P. Kuenzel, James W. McGettigan, Jr., Eckelkamp, Eckelkamp, Wood and Kuenzel, Washington, for respondent/respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Mother appeals following the trial court's increase of father's child support obligation from $50 per week to $350 per month. We affirm. The findings and conclusions of the trial court are supported by substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the

reasons for this order affirming the judgment pursuant to Rule 84.16(b).